SALVATORE DE VITA, Appellant, v. ATLANTIC STATE BANK, Defendant. THE CITY TRUST COMPANY OF NEW YORK, Plaintiff, v. SALVATORE DE VITA, Appellant. I. GAINSBURG, Respondent.— Order reversed, with ten dollars costs and

disbursements, and motion granted; the amount of the attorney's lien to be determined in a proceeding before Hon. John Proctor Clarke, official referee. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANKLIN SIMON & CO., INC., Appellant, v. TAUBE C. DAVIS, Also Known as TOBE C. DAVIS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANKLIN SIMON & CO., INC., Plaintiff, v. TAUBE C. DAVIS, Also Known as TOBE C. DAVIS, Respondent. FRANKLIN SIMON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.